# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-2784

———————————————

EDWARD BAKER EMAN,

Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Respondent.

———————————————

Petition for Writ of Certiorari – Original Jurisdiction.

February 6, 2018

PER CURIAM.

DENIED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Christie S. Utt, General Counsel, Tallahassee, and Jason Helfant, Senior Assistant General Counsel, Lake Worth, Department of Highway Safety and Motor Vehicles, for Respondent.